No. 3838.—ROSARIO CALDERÓN, aplte., *v.* REYES, apldo.—C. D. San Juan. Memorándum de costas. Mar. 10, 1926. Estimando el tribunal que la cuestión que se levanta en el primer señalamiento de error se presenta demasiado tarde y que no es excesiva la cantidad concedida por la corte inferior, *se confirmó* la resolución apelada.

EX PARTE RAFAEL ATILES MOREU, peticionario.—Mar. 11, 1926. No apareciendo de la prueba presentada que el trabajo hecho como abogado por el peticionario comprenda el período de dos años como requiere la ley, no ha lugar a admitirlo sin examen al ejercicio de la abogacía.

EX PARTE RAFAEL ATILES MOREU.—Mar. 17, 1926. No demostrando la nueva solicitud del peticionario y la prueba acompañada que el dicho peticionario practicara activamente durante el año 1924; visto el caso *Ex parte Díaz Collazo,* 20 D.P.R. 448 *no ha lugar.* El Juez Asociado Sr. Wolf, disintió.

No. 3319.—DURÁN GALLARDO, aplte., *v.* COLL Y SOLER y sus hijos legítimos nombrados FRANCISCO y ROSA COLL Y RIERA, apldos.—C. D. Ponce. Mar. 17, 1926. No habiendo la parte apelante demostrado en su "moción de reconsideración" que tenga razones suficientes para sostener su apelación sin la exposición del caso y por tanto no habiendo destruído los efectos de su propia admisión en el acto de la vista; *estése* a lo dispuesto

No. 2677.—EL PUEBLO, apldo., *v.* CARDONA, aplte.—C. D. Ponce, Sala Segunda. Portar armas. Mar. 18, 1926. Estimando que dos de los motivos de error alegados por el apelante se refieren a la prueba, cuyo conflicto fué resuelto en contra del acusado, sin que se haya demostrado que existiera pasión, prejuicio ni error manifiesto en esa decisión; y que el otro motivo de error por infracción del artículo 10 de la ley de 1924 prohibiendo portar armas descansa también en la prueba, apareciendo de la evidencia creída por la corte inferior que el revólver que portaba el acusado le fué ocupado en sus manos, *se confirmó* la sentencia apelada.